PROB 34
(Rev. 5/01)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

**District of Guam**

FILED
DISTRICT COURT OF GUAM
SEP - 1 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

LORENZO SANTOS ESGUERRA

CRIMINAL CASE NO. 01-00113-002

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **August 4, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc: Karon V. Johnson, AUSA
Federal Public Defender
Guam Bureau of Immigration and Customs Enforcement
File

RECEIVED
AUG 3 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___1st___ day of ~~August~~ September 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

ORIGINAL